JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

R.A.,

Petitioner,

v.

Markwayne Mullin et al,

Respondents.

Case No. 5:26-cv-05530-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: October 22, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE